No. 732. BECHTEL, EXECUTOR, ET AL. *v.* THATCHER ET AL. Supreme Court of Iowa. Certiorari denied. *Wayne*

*G. Cook* for petitioners. *H. M. Havner* and *Fred A. Ontjes* for respondents.

